# Exhibit A

# RESIDENTIAL LEASE
RL

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

## PARTIES

| | |
|---|---|
| **TENANT(S):** JAMES PERSING, CHERYL PERSING | **LANDLORD(S):** FRIO REALTY GROUP, AGENT FOR OWNER/LANDLORD |
| **TENANT'S MAILING ADDRESS:** 160 EDWARD STREET, LINWOOD, PA 19061 | **LANDLORD'S MAILING ADDRESS:** PO BOX 5233, SPRINGFIELD, PA 19064 |

### TENANT'S EMERGENCY CONTACT INFORMATION
Name _____ Relationship _____ Phone(s) _____

## PROPERTY

Property Address _____ 812 BETHEL AVENUE _____ Unit _____ ZIP 19014,
in the municipality of _____ ASTON _____, County of _____ DELAWARE _____,
in the School District of _____ CHICHESTER _____, in the Commonwealth of Pennsylvania.

## TENANT'S RELATIONSHIP WITH PA LICENSED BROKER

☒ No Business Relationship (Tenant is not represented by a broker)

Broker (Company) _____  Licensee(s) (Name) _____
Company Address _____  Direct Phone(s) _____
                                 Cell Phone(s) _____
Company Phone _____    Fax _____
Company Fax _____      Email _____

Broker is:                              Licensee(s) is:
☐ Tenant Agent (Broker represents Tenant only)    ☐ Tenant Agent with Designated Agency
☐ Dual Agent (See Dual and/or Designated Agent box below)    ☐ Tenant Agent without Designated Agency
                                                              ☐ Dual Agent (See Dual and/or Designated Agent box below)

☐ Transaction Licensee (Broker and Licensee(s) provide real estate services but do not represent Tenant)

## LANDLORD'S RELATIONSHIP WITH PA LICENSED BROKER

☐ No Business Relationship (Landlord is not represented by a broker)

Broker (Company) FRIO REALTY GROUP    Licensee(s) (Name) WILLIAM J. FRIO
Company Address 2136 SOUTH 16TH STREET    Direct Phone(s) (610) 550-9090
                PHILADELPHIA, PA 19145    Cell Phone(s) (610) 550-9090
Company Phone (215) 551-7737    Fax _____
Company Fax _____    Email WFRIO@COMCAST.NET

Broker is:                              Licensee(s) is:
☒ Landlord Agent (Broker represents Landlord only)    ☒ Landlord Agent with Designated Agency
☐ Dual Agent (See Dual and/or Designated Agent box below)    ☐ Landlord Agent without Designated Agency
                                                              ☐ Dual Agent (See Dual and/or Designated Agent box below)

☐ Transaction Licensee (Broker and Licensee(s) provide real estate services but do not represent Landlord)

## DUAL AND/OR DESIGNATED AGENCY

A Broker is a Dual Agent when a Broker represents both Tenant and Landlord in the same transaction. A Licensee is a Dual Agent when a Licensee represents Tenant and Landlord in the same transaction. All of Broker's licensees are also Dual Agents UNLESS there are separate Designated Agents for Tenant and Landlord. If the same Licensee is designated for Tenant and Landlord, the Licensee is a Dual Agent.

**By signing this Agreement, Tenant and Landlord each acknowledge having been previously informed of, and consented to, dual agency, if applicable.**

Tenant Initials: JP / CP    RL Page 1 of 7    Landlord Initials: _____

Pennsylvania Association of Realtors®    12/13    COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2013    12/13

THIS FORM SHOULD NOT BE USED FOR THE LEASE OF A MANUFACTURED HOME

1. **LEASE DATE AND RESPONSIBILITIES**
   This Lease for the Property, dated _____**November 15, 2017**_____, is between the Landlord and the Tenant. Each Tenant is individually responsible for all of the obligations of this Lease, including Rent, fees, damages and other costs.
2. **CO-SIGNERS**
   Co-signers: _____
   
   Each Co-signer is individually responsible for all obligations of this Lease, including Rent, late fees, damages and other costs. Co-signers do not have the right to occupy the Property as a tenant without the Landlord's prior written permission.
3. **PROPERTY CONTACT INFORMATION**
   **Rental Payments** (see Paragraph 6(I) for additional information)
   Payable to: **FRIO REALTY GROUP**       Phone: **(610) 550-9090**    Fax: _____
   Address: **PO BOX 5233, SPRINGFIELD, PA 19064**
   **Maintenance Requests**
   Contact: **WILLIAM FRIO**               Phone: **(610) 550-9090**    Fax: _____
   Address: _____
   Email _____                        Website _____
   **Emergency Maintenance Contact**
   Contact: **WILLIAM FRIO**               Phone **(610) 550-9090**
   Email _____                        Website _____
4. **STARTING AND ENDING DATES OF LEASE** (also called "Term")
   (A) Starting Date: _____**December 1, 2017**_____, at _____ ☐ a.m. ☐ p.m.
   (B) Ending Date: _____**November 30, 2018**_____, at _____ ☐ a.m. ☐ p.m.
5. **RENEWAL TERM**
   (A) Unless checked below, this Lease will AUTOMATICALLY RENEW for a Renewal Term of ____**MONTH TO MONTH**____ (month-to-month if not specified) at the Ending Date of this Lease or at the end of any Renewal Term unless proper notice is given. Proper notice requires Tenant or Landlord to give at least _____ days (28 if not specified) written notice before Ending Date or before the end of any Renewal Term.
       ☐ This Lease will TERMINATE on the Ending Date unless extended in writing.
   (B) If notice is given later than required, Rent is due for the entirety of the Renewal Term.
   (C) Any renewal will be according to the terms of this Lease or any written changes to it.
6. **RENT**
   (A) Rent is due in advance, without demand, on or before the ____**1ST**____ day of each month (Due Date).
   (B) The amount of Total Rent due during the Term is: $**15,000.00**
   (C) The Rent due each month is: $**1,250.00**
   (D) If Rent is more than ____**5**____ days (5 if not specified) late (Grace Period), Tenant pays a Late Charge of: $**60.00**
   (E) All other payments due from Tenant to Landlord, including Late Charges or utility charges, are considered to be Additional Rent. Failure to pay this Additional Rent is a breach of the Lease in the same way as failing to pay the regular Rent.
   (F) Tenant agrees that all payments will be applied against outstanding Additional Rent that is due before they will be applied against the current Rent due. When there is no outstanding Additional Rent, prepayment will be applied to the month's Rent that would be due next.
   (G) Tenant will pay a fee of $**50.00** _____ for any payment that is returned or declined by any financial institution for any reason. If payment is returned or declined, the Grace Period does not apply and the Late Charges will be calculated from the Due Date. Any Late Charges will continue to apply until a valid payment is received.
   (H) Landlord will accept the following methods of payment: ( ☒ Cash)   ( ☒ Money Order)   ( ☒ Personal Check)
       ( ☐ Credit Cards)    ( ☒ Cashier's Check)    ( ☐ Other:_____ )
       Landlord can change the acceptable methods of payment if a method fails (check bounces, credit card is declined, etc.).
   (I) The first $**1,250.00**_____ of Rent due will be made payable to **FRIO REALTY GROUP**_____
       (Broker for Landlord, if not specified). Security Deposit will be made payable to Landlord, or Landlord's representative.
   (J) The Security Deposit may not be used to pay Rent during the Term or Renewal Term of this Lease.
7. **PAYMENT SCHEDULE**
   (A) Security Deposit will be held in escrow by Landlord, unless otherwise stated here _____
       at (financial institution): _____
       Financial institution Address: _____

|  | Due Date | Paid | Due |
|---|---|---|---|
| Security Deposit: _____ | 11/24/2017 | $ 1,250.00 | $ _____ |
| (B) First month's Rent: _____ | 11/24/2017 | $ 1,250.00 | $ _____ |
| (C) Other: **LAST MONTH'S RENT** _____ | 11/24/2017 | $ 1,250.00 | $ _____ |
| (D) Other: _____ | _____ | $ _____ | $ _____ |
| Total Rent and security deposit received to date: | | $ 3,750.00 | |
| Total amount due: | | | $ _____ |

Tenant Initials: _JP_ / _CP_        RL Page 2 of 7        Landlord Initials: _WF_ / _____
Revised 12/13

8. **RETURN OF SECURITY DEPOSITS**
   (A) When Tenant moves from the Property, Tenant will return all keys and give Landlord written notice of Tenant's new mailing address where Landlord can return the Security Deposit.
   (B) Within 30 days after Tenant moves from the Property, Landlord will give Tenant a written list of any damage to the Property for which the Landlord claims Tenant is responsible.
   (C) Landlord may deduct repair costs and any unpaid Rent and Additional Rent from Tenant's Security Deposit. Any remaining Security Deposit will be returned to Tenant within 30 days after Tenant moves from the Property.

9. **USE OF PROPERTY AND AUTHORIZED OCCUPANTS**
   (A) Tenant will use Property as a residence ONLY.
   (B) Not more than ___3___ people will live at the Property. List all other occupants who are not listed as Tenants in this Lease:
   Name _____ ☐ 18 or older    Name _____ ☐ 18 or older
   Name _____ ☐ 18 or older    Name _____ ☐ 18 or older
   Service animals: Type _____ Breed _____ Name _____
   ☐ Additional information is attached

10. **POSSESSION**
    (A) Tenant may move in (take possession of the Property) on the Starting Date of this Lease.
    (B) If Tenant cannot move in within _____ days (0 if not specified) after Starting Date because the previous tenant is still there or because of property damage, Tenant's exclusive rights are to:
       1. Change the Starting Date of the Lease to the day when Property is available. Tenant will not owe or be charged Rent until Property is available; OR
       2. End the Lease and have all money already paid as Rent, Additional Rent or Security Deposit returned, with no further liability on the part of Landlord or Tenant.

11. **LANDLORD'S RIGHT TO ENTER**
    (A) Tenant agrees that Landlord or Landlord's representatives may enter the Property at reasonable hours to inspect, repair, or show the Property. Tenant does not have to allow possible tenants or other licensees to enter unless they are with the Landlord or Landlord's representative, or they have written permission from the Landlord.
    (B) When possible, Landlord will give Tenant __24__ hours (24 if not specified) notice of the date, time, and reason for the visit.
    (C) In emergencies, Landlord may enter Property without notice. If Tenant is not present, Landlord will notify Tenant who was there and why within __24__ hours (24 if not specified) of the visit. Showing the property is not considered an emergency.
    (D) Landlord may put up For Sale or For Rent signs, use lock boxes, and take pictures and video on or near Property.

12. **RULES AND REGULATIONS**
    (A) ☐ Rules and Regulations for use of the Property and common areas are attached.
        ☐ Homeowners Association or Condominium rules and regulations for the Property are attached.
    (B) Any violation of the Rules and Regulations is a breach of this Lease.
    (C) Landlord may create or modify the Rules and Regulations if the change benefits the Tenant or improves the health, safety, or welfare of others. Landlord agrees to provide all changes to Tenant in writing.
    (D) Tenant is responsible for Tenant's family and guests obeying the Rules and Regulations and all laws.
    (E) If any fine is imposed on Landlord because of the actions of Tenant, or Tenant's family or guests, Tenant will reimburse the Landlord or pay the fine. Any unpaid fines will be considered Additional Rent.

13. **PETS**
    Tenant will not keep or allow any pets on any part of the Property, unless checked below. Service animals are not pets.
    ☒ Tenant may keep pets with Landlord's written permission according to the terms of the attached Pet Addendum and/or Rules and Regulations.

14. **CONDITION OF PROPERTY AT MOVE IN**
    Tenant has inspected the Property and agrees to accept the Property "as-is," except for the following: _____
    _____
    _____

15. **APPLIANCES INCLUDED**
    ( ☒ Stove)    ( ☒ Refrigerator)    ( ☒ Dishwasher)    ( ☐ Washer)    ( ☐ Dryer)    ( ☐ Garbage Disposal)    ( ☒ Microwave)
    ( ☐ Air Conditioning Units - Number: _____ )    ( ☐ Other _____ )
    Landlord is responsible for repairs to appliances listed above unless otherwise stated here: _____
    _____
    _____

Tenant Initials: _J.P._ / _CP_    RL Page 3 of 7    Landlord Initials: _HK_ / _____
Revised 12/13

16. **UTILITIES AND SERVICES**

    Landlord and Tenant agree to pay for the charges for utilities and services provided for the Property as marked below. If a service is not marked as being paid by the Landlord, it is the responsibility of Tenant to pay for that service. Landlord is not responsible for loss of service if interrupted by circumstances beyond the Landlord's control. Utility accounts paid by Tenant must remain active in Tenant's name until the end of the Lease Term. Tenant will notify Landlord if Tenant receives any notices from utility companies of a pending termination of service. Tenant will be in default of this Lease if all utilities and services for which the tenant is responsible do not remain active.

    | Landlord pays | Tenant pays | | Landlord pays | Tenant pays | |
    |---|---|---|---|---|---|
    | ☐ | ☒ | Cooking Gas/Fuel | ☐ | ☒ | Air Conditioning |
    | ☐ | ☒ | Electricity | ☐ | ☒ | Cable/Satellite Television |
    | ☐ | ☒ | Heat _____ (type) | ☐ | ☐ | Condominium/Homeowners Association Fee |
    | ☐ | ☒ | Hot Water _____ (type) | ☐ | ☐ | Parking Fee |
    | ☐ | ☒ | Cold Water | ☐ | ☐ | Maintenance of Common Areas |
    | ☐ | ☐ | Trash Removal | ☐ | ☒ | Pest/Rodent Control |
    | ☐ | ☐ | Recycling Removal | ☐ | ☐ | Bed Bugs |
    | ☐ | ☐ | Sewage Fees | ☐ | ☒ | Snow/Ice Removal |
    | ☐ | ☐ | Sewer Maintenance | ☐ | ☐ | Telephone Service |
    | ☐ | ☐ | Heater Maintenance | ☐ | ☒ | Lawn and Shrubbery Care |
    | ☐ | ☐ | _____ | ☐ | ☐ | _____ |

    Comments: _____

17. **TENANT'S CARE OF PROPERTY**
    (A) Tenant will:
       1. Keep the Property clean and safe.
       2. Dispose of all trash, garbage and any other waste materials as required by Landlord and the law.
       3. Use care when using any of the electrical, plumbing, heating, ventilation or other facilities or appliances on the Property, including any elevators.
       4. Notify Landlord immediately of any repairs needed and of any potentially harmful health or environmental conditions.
       5. Obey all federal, state, and local laws that relate to the Property.
       6. Clean up after service animals on the Property, including common areas.
    (B) Tenant will not:
       1. Keep any flammable, hazardous or explosive materials on the Property.
       2. Destroy, damage or deface any part of the Property or common areas.
       3. Disturb the peace and quiet of other tenants or neighbors.
       4. Make changes to the property, such as painting or remodeling, without the written permission of Landlord. Tenant agrees that any changes or improvements made will belong to the Landlord.
       5. Perform any maintenance or repairs on the Property unless otherwise stated in the Rules and Regulations, if any.
    (C) Tenant will have breached this Lease and will be responsible for damages if Tenant does not comply with (A) and (B).
    (D) **Tenant is responsible to pay the costs for repairing any damage that is the fault of Tenant, Tenant's family, guests, and/or service animals.**

18. **DETECTORS AND FIRE PROTECTION SYSTEMS**
    (A) Landlord has installed ( ☒ Smoke Detectors) ( ☒ Carbon Monoxide Detectors) ( ☐ Fire Extinguishers) in the Property. Tenant will maintain and regularly test detectors to be sure they are in working order, and will replace detector batteries as needed.
    (B) Tenant will immediately notify Landlord or Landlord's agent of any broken or malfunctioning detectors.
    (C) Failure to properly maintain detectors, replace detector batteries or notify Landlord or Landlord's representative of any broken or malfunctioning detectors is a breach of this Lease.
    (D) Landlord may provide additional fire protection systems for the benefit of Tenant. Responsibility for maintaining these systems is stated in the Rules and Regulations, if any.
    (E) Tenant will pay for damage to the Property if Tenant fails to maintain or misuses detectors or other fire protection systems.

19. **DESTRUCTION OF PROPERTY**
    (A) Tenant will notify Landlord or Landlord's agent immediately if the Property is severely damaged or destroyed by fire or by any other cause. Tenant will immediately notify Landlord or Landlord's representative of any condition in the Property that could severely damage or destroy the Property.
    (B) If Tenant, their family or guests cause damage by fire or by other means, this Lease will remain in effect and Tenant will continue to pay rent, even if Tenant cannot occupy the Property.
    (C) If the Property is severely damaged or destroyed for any reason that is not the fault of Tenant:
       1. Tenant may continue to live on the livable part of the Property and pay a reduced rent as agreed to by Tenant and Landlord until the damage is repaired, OR
       2. If the law does not allow Tenant to live on the Property, this Lease is ended.
    (D) If Lease is ended, Landlord will return any unused security deposit to Tenant.

Tenant Initials: J.P. / CP            RL Page 4 of 7            Landlord Initials: _____ / _____
                                      Revised 12/13

20. **LEAD-BASED PAINT HAZARD DISCLOSURES FOR PROPERTY BUILT BEFORE 1978**
    ☐ Property was built in or after 1978. This paragraph does not apply.
    ☒ Property was built before 1978. Landlord and Tenant must provide information in this paragraph.
    **Lead Hazards Disclosure Requirements**
    The Residential Lead-Based Paint Hazard Reduction act says that any Landlord of property built before 1978 must give the Tenant an EPA pamphlet titled *Protect Your Family From Lead in Your Home*. The Landlord also must tell the Tenant and the Broker for Landlord what the Landlord knows about lead-based paint and lead-based paint hazards that are in or on the property being rented. Landlord must tell the Tenant how the Landlord knows that lead-based paint and lead-based paint hazards are on the property, where the lead-based paint and lead-based paint hazards are, and the condition of the painted surfaces. Any Landlord of a pre-1978 structure must also give the Tenant any records and reports that the Landlord has or can get about lead-based paint or lead-based paint hazards in or around the property being rented, the common areas, or other dwellings in multi-family housing. It is also required that the EPA pamphlet be given to tenants before the Landlord starts any major renovations on a pre-1978 structure. The Act does not apply to housing built in 1978 or later.
    **Lead Warning Statement**
    Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not taken care of properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, Landlords must disclose the presence of known lead-based paint and lead-based paint hazards in the dwelling. Tenants must also receive a federally approved pamphlet on lead poisoning prevention.
    (A) **Landlord does not know of any lead-based paint or lead-based paint hazards on the Property unless stated below:**
        \_\_\_\_\_ Landlord knows that there is lead-based paint, or that there are lead-based paint hazards on the Property. Landlord must explain what Landlord knows about the lead-based paint and hazards, including how Landlord learned that it is there, where it is, and the condition of painted walls, trim and other surfaces. Landlord must give Tenant any other information Landlord has about the lead-based paint and lead-based paint hazards.
    (B) **Landlord has no reports or records about lead-based paint or lead-based paint hazards on the Property unless stated below:**
        \_\_\_\_\_ Landlord has given Tenant all available records and reports about lead-based paint or lead-based paint hazards on the Property. List records and reports: _____
    (C) Tenant initial all that are true:
        \_\_\_\_\_ Tenant has received the pamphlet *Protect Your Family From Lead in Your Home.*
        \_\_\_\_\_ Tenant has read the information given by Landlord in paragraph 20 (A) and (B) above, if any.
        \_\_\_\_\_ Tenant has received all records and reports that Landlord listed in paragraph 20 (B) above, if any.
    (D) Landlord and Tenant certify, by signing this Lease, that the information given is true to the best of their knowledge.
21. **INSURANCE AND RELEASE**
    (A) Tenant understands that Landlord's insurance does not cover Tenant, Tenant's property, or Tenant's guests. Tenant is advised to obtain property and liability insurance to protect Tenant, Tenant's property and Tenant's guests who may be injured while on the Property.
    (B) ☐ **IF CHECKED**, Tenant must have insurance policies providing at least $ _____ property insurance and $ _____ liability insurance to protect Tenant, Tenant's property and Tenant's guests who may be injured while on the Property. Tenant must maintain this insurance through the entire Term and any Renewal Term. Tenant will provide proof of insurance upon request. Tenant will notify Landlord within 10 days of changes to or cancellation of these policies.
    (B) Landlord is not legally responsible for any injury or damage to Tenant or Tenant's guests that occurs on the Property.
    (C) Tenant is responsible for any loss to Landlord caused by Tenant, Tenant's family or Tenant's guests, including attorney's fees associated with that loss.
22. **HOLDOVER TENANTS**
    If Tenant occupies the Property after the Ending Date or end of any Renewal Term, Tenant will be considered a holdover tenant and will be causing the Landlord damages. These damages will be equal to __3__ times the monthly Rent plus any lodging expenses of the new occupant, eviction costs and attorney fees, paid on a daily basis without demand.
23. **TENANT ENDING LEASE EARLY**
    Tenant may **not** end this Lease and move out of the Property before the Ending Date of the Lease or any Renewal Term **UNLESS Tenant does ALL of the following:**
    (A) Tenant continues to pay all Rent until the Ending Date of the Lease, or any Renewal Term, or until a new tenant is approved by Landlord and a new lease takes effect, whichever happens first, **AND**
    (B) Tenant gives Landlord at least __30__ days written notice, **AND**
    (C) Tenant pays Landlord a Termination Fee of $1,250.00 .
24. **ABANDONMENT**
    (A) Tenant has abandoned the Property if:
        1. Tenant has physically vacated the premises, removed substantially all personal property, OR
        2. A court grants the Landlord possession of the Property.
    (B) If Tenant abandons Property while Rent is due and unpaid, Landlord may take possession of the Property and immediately rent the Property to another tenant.

Tenant Initials: J.P., C.P.   RL Page 5 of 7   Landlord Initials: \_\_\_\_\_/\_\_\_\_\_
Revised 12/13

(C) If Tenant abandons OR moves out of the Property, Tenant will:
1. Remove all of Tenant's personal property, AND
2. Provide a forwarding address or written notice stating that Tenant has vacated the premises, AND
3. Contact the landlord within ten (10) days regarding the Tenant's intent to remove any remaining personal property.
    a. If the intent is communicated to the landlord, the personal property shall be stored by the landlord at a location of the landlord's choosing for thirty (30) days.
    b. If no communication is made to the landlord within ten (10) days, the property may be disposed of at the end of the ten days at the discretion of Landlord and Tenant will pay all costs related to the removal and/or storage.

25. **LANDLORD REMEDIES IF TENANT BREACHES LEASE**
    (A) If Tenant breaches Lease for any reason, Landlord's remedies may include any or all of the following:
        1. Taking possession of the Property by going to court to evict Tenant. Tenant agrees to pay Landlord's legal fees and reasonable costs, including the cost for Landlord and Landlord's agent to attend court hearings.
        2. Filing a lawsuit against Tenant for Rent, damages and Additional Rent, and for Rent and Additional Rent for the rest of the Term or any Renewal Period. If Landlord wins (gets a money judgment against Tenant), Landlord may use the court process to garnish Tenant's wages and take Tenant's personal goods, furniture, motor vehicles and money in banks.
        3. Keeping Tenant's Security Deposit to be applied against unpaid Rent or damages, or both.
    (B) If Tenant breaches Lease for any reason, Landlord can begin eviction proceedings without written notice, unless otherwise required by local ordinance.
    _____ (Tenant Initials) **TENANT WAIVES OR GIVES UP TENANT'S RIGHT TO A NOTICE TO MOVE OUT UNLESS A DIFFERENT PERIOD FOR PROVIDING NOTICE IS STATED HERE:** _____

26. **TRANSFER AND SUBLEASING**
    (A) Landlord may transfer this Lease to another landlord. Tenant agrees that this Lease remains the same with the new landlord.
    (B) Tenant may not transfer this Lease or sublease (rent to another person) the Property or any part of the Property without Landlord's written permission.

27. **SALE OF PROPERTY**
    (A) If Property is sold, Landlord will give Tenant in writing:
        1. Notice that the Security Deposit and/or prepaid Rent has been transferred to the new landlord.
        2. The name, address and phone number of the new landlord and where Rent is to be paid, if known.
    (B) Tenant agrees that Landlord may transfer Tenant's Security Deposit and advanced Rent to the new landlord.
    (C) Landlord's responsibilities to Tenant under this Lease end after the Property has been sold and the Lease transferred to a new landlord.
    (D) ☐ If checked and Landlord sells the Property during the Lease or any Renewal Term, Landlord has the right to terminate this Lease if Landlord gives written notice to Tenant at least _____ days prior to the Settlement Date of the Property as defined in the agreement of sale. Tenant is not entitled to any payment of damages.

28. **IF GOVERNMENT TAKES PROPERTY**
    (A) The government or other public authority can take private property for public use. The taking is called condemnation.
    (B) If any part of the Property is taken by the government, Landlord will reduce Tenant's Rent proportionately. If all the Property is taken or is no longer usable, this Lease will end, Tenant will move out and Landlord will return to Tenant any unused Security Deposit or prepaid Rent.
    (C) No money paid to Landlord for the condemnation of the Property will belong to Tenant.

29. **TENANTS' RIGHTS**
    (A) Landlord cannot increase rents, decrease services, or threaten to go to court to evict Tenant because Tenant: (1) complains to a government agency or to Landlord about a building or housing code violation; (2) organizes or joins a tenant's organization; or (3) uses Tenant's legal rights in a lawful manner.
    (B) Landlord or property owner may have a mortgage on the Property. The rights of the mortgage lender come before the rights of the Tenant. For example, if Landlord fails to make mortgage payments, the mortgage lender could take the Property and end this Lease. Landlord will notify Tenant immediately if Owner or Landlord receive a notice of foreclosure.
    **TENANT MAY BE WAIVING OR GIVING UP TENANT'S RIGHTS. TENANT UNDERSTANDS THAT IF THERE IS A FORECLOSURE, THE NEW OWNER MAY HAVE THE RIGHT TO END THIS LEASE.**

30. **PENNSYLVANIA PLAIN LANGUAGE CONSUMER CONTRACT ACT**
    The Office of Attorney General has not pre-approved any special conditions or additional terms added by any parties. Any special conditions or additional terms must comply with the Pennsylvania Plain Language Consumer Contract Act.

31. **CAPTIONS** The headings in this Lease are meant only to make it easier to find the paragraphs.

32. **ENTIRE AGREEMENT** This Lease is the entire agreement between Landlord and Tenant. No spoken or written agreements made before signing this Lease are a part of this Lease unless they are included in this Lease in writing. No waivers or modifications of this Lease during the Term of this Lease are valid unless in writing signed by both Landlord and Tenant.

Tenant Initials: _J.P._/_C.P._/    RL Page 6 of 7    Landlord Initials: _____/_____
Revised 12/13

296  33. **SPECIAL CLAUSES**
297     (A)  The following are part of this Lease if checked:
298        ☐ Change of Lease Terms Addendum (PAR Form CLT)
299        ☐ Pet Addendum (PAR Form PET)
300        ☐ _____
301        ☐ _____
302     (B)  Additional Terms: TENANT ACKNOWLEDGES, UNDERSTANDS, AND AGREES THAT LANDLORD MAKES NO
303        REPRESENTATIONS OR WARRANTIES RELATED TO TENANT'S USE OF THE BASEMENT LEVEL FOR
304        STORAGE OF PERSONAL PROPERTY.  ANY AND ALL RISK OF LOSS, DAMAGE, OR DESTRUCTION
305        OF TENANT'S PERSONAL PROPERTY THAT IS STORED OR MAINTAINED IN THE BASEMENT LEVEL
306        SHALL BE THE RESPONSIBILITY OF TENANT.

308        TENANT ACKNOWLEDGES, UNDERSTANDS, AND AGREES THAT TENANT SHALL BE RESPONSIBLE FOR
309        ALL LAWN AND SHRUB CARE AT THE PROPERTY; AS WELL AS ANY AND ALL SNOW & ICE
310        REMOVAL AT THE PROPERTY.

313  **NOTICE BEFORE SIGNING:** If Tenant or Landlord has legal questions, Tenant or Landlord is advised to consult an attorney.

314  _____ **(Landlord Initials)** If Landlord is represented by a licensed real estate broker, Landlord acknowledges receipt of the
315  Consumer Notice as adopted by the State Real Estate Commission at 49 Pa. Code §35.336 and/or §35.337.

316  _____ **(Tenant Initials)** If Tenant is represented by a licensed real estate broker, Tenant acknowledges receipt of the Consumer
317  Notice as adopted by the State Real Estate Commission at 49 Pa. Code §35.336 and/or §35.337.

318  By signing below, Landlord and Tenant acknowledge that they have read and understand the notices and explanatory information
319  set forth in this Lease.
320  A property manager may be acting as an agent for Landlord and may execute this Lease on the Landlord's behalf.

321  TENANT  _[signature]_____ JAMES PERSING  DATE _____
322  TENANT  _[signature: Cheryl Persing]_____ CHERYL PERSING  DATE _____
323  TENANT  _____ _____  DATE _____
324  TENANT  _____ _____  DATE _____
325  CO-SIGNER _____ _____  DATE _____
326  CO-SIGNER _____ _____  DATE _____
327  LANDLORD _[signature]_____ FRIO REALTY GROUP  DATE 11-21-17
328  LANDLORD _____ AGENT FOR OWNER/LANDLORD  DATE _____
329     BY

330  **Brokers'/Licensees' Certifications** By signing here, Brokers and Licensees involved in this transaction certify that: (1) The information
331  given about Lead-Based Paint is true to the best of their knowledge; AND (2) They have told Landlord of Landlord's responsibilities under
332  the Residential Lead-Based Paint Hazard Reduction Act (42 U.S.C. §4852d), described in the Lead Hazard Disclosure Requirements (see
333  Lead-Based Paint Hazard Notice). Brokers and Licensees must make sure that Landlord gives Tenant the information required by the Act.

334  **BROKER FOR LANDLORD (Company Name)** FRIO REALTY GROUP _____
335     ACCEPTED BY _____ DATE _____
336  **BROKER FOR TENANT (Company Name)** _____
337     ACCEPTED BY _____ DATE _____

338              **LANDLORD TRANSFERS LEASE TO A NEW LANDLORD**
339  As part of payment received by Landlord, _____ (current Landlord) now transfers
340  to _____ (new landlord) his heirs and estate, this Lease and the right to receive the Rents and
341  other benefits.

342  **CURRENT LANDLORD** _____ DATE _____
343  **CURRENT LANDLORD** _____ DATE _____
344  **NEW LANDLORD** _____ DATE _____
345  **NEW LANDLORD** _____ DATE _____

THIS DOCUMENT HAS A COLORED BACKGROUND AND A WATERMARK - VERIFY FOR AUTHENTICITY

**Sun East®**
Federal Credit Union

P.O. BOX 2231
Aston, PA 19014-0231
(610) 485-2960

**Official Check**

PAYABLE THROUGH MID-ATLANTIC
CORPORATE FEDERAL CREDIT UNION
MIDDLETOWN, PA 17057

No. 00560217
60-8755/2313

PAY  *** THREE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND 00 ***
     *** CENTS ***

EXACTLY  3,750 Dollars 00 cents

11/21/17
AMOUNT
$3,750.00

TO THE ORDER OF  *JAMES & CHERYL PERSING

MEMO  *FRIO REALTY GROUP*

AUTHORIZED SIGNATURE

VOID AFTER 120 DAYS

⑈00560217⑈ ⑆231387550⑆ ⑈00560217⑈

**PET ADDENDUM TO RESIDENTIAL LEASE**                                                                                       PAL

This form recommended and approved for, by not restricted to use by, members of the Pennsylvania Association of Realtors® (PAR).

1  PROPERTY 812 BETHEL AVENUE, ASTON,    19014
2  LANDLORD FRIO REALTY GROUP, AGENT FOR OWNER/LANDLORD
3  TENANT(S) JAMES PERSING, CHERYL PERSING

4  **1. ALLOWANCE OF PET(S)**
5     Landlord agrees that only the pet(s) described in Paragraph 8 of this Addendum may be permitted on the Property. Tenant may not
6     have any other pet(s) on any part of the Property without Landlord's written permission. Guide and support animals are not pets.

7  **2. TENANT'S DUTIES**
8     (A) Tenant will clean up after the pet(s) in any area of the Property, including common areas.
9     (B) Tenant will keep pet(s) inside the Property at all times, except when on a leash or otherwise restrained by and under the full
10        control of Tenant.
11    (C) Tenant will comply with all local ordinances regarding pet ownership, including licensing and vaccination.
12    (D) Tenant will not permit pet(s) to interfere with the quiet enjoyment of other tenants on the Property or to become a nuisance as
13        defined by state and/or local law.

14 **3. LOSS OR DAMAGE**
15    Tenant is responsible for any loss or damage caused by the pet(s). Tenant agrees that Landlord bears no responsibility for any
16    damage, injury, or nuisance caused by the pet(s).

17 **4. RENTAL INSURANCE**
18    In addition to the insurance requirements of the Lease, Tenant must have rental insurance that covers pets providing at least
19    $_____ property insurance and $_____liability insurance to protect Tenant,
20    Tenant's personal property and Tenant's guests who may be injured while on the Property. Tenant must maintain this insurance
21    through the entire Term and any Renewal Term. Tenant will provide proof of insurance upon request. Tenant will notify Landlord
22    within 10 days of changes to or cancellation of these policies.

23 **5. REMOVAL OF PET(S)**
24    (A) If Landlord determines that Tenant has not fulfilled Tenant's duties described in this Addendum, Landlord will provide a
25        written warning to Tenant for the first offense. Tenant will be given _____ days (7 if not specified) to correct the situation.
26    (B) If Landlord determines a second time that Tenant has not fulfilled Tenant's duties described in this Addendum, Landlord will
27        provide written notice to Tenant. Tenant will be given _____ days (7 if not specified) to remove the pet(s) from the Property.
28        Failure to remove the pet(s) within the time provided will be considered a breach of the Lease.
29    (C) All other terms and conditions of the Lease will remain in full force and effect. Tenant's failure to remove the pet(s) from the
30        Property is a breach of the Lease, and Landlord will have all remedies as stated in the Lease.

31 **6. ADDITIONAL FEES/CHARGES**
32    (A) ☐ Tenant will pay $ _____
33          as a non-refundable Pet Fee in addition to other fees required by the Lease.
34    (B) ☐ Tenant will pay $ _____
35          as a monthly Additional Rent in addition to other fees required by the Lease.
36    (C) ☒ TENANT UNDERSTANDS AND AGREES THAT LANDLORD MAY ELECT TO USE SECURITY DEPOSIT TO
37          COVER ANY DAMAGE TO THE PROPERTY CAUSED BY TENANT'S PET.

38 **7. DANGEROUS DOGS**
39    Pennsylvania law makes it a summary offense for harboring a "dangerous dog." Under no circumstances is a "dangerous dog" per-
40    mitted on the Property. A dog is considered dangerous under 3 P.S. §459-502-A where:
41    (A) The dog has done one or more of the following:
42        1. Inflicted severe injury on a human being without provocation on public or private property.
43        2. Killed or inflicted severe injury on a domestic animal, dog or cat without provocation while off the owner's property.
44        3. Attacked a human being without provocation.
45        4. Been used in the commission of a crime.

46  Tenant Initials _J.P._ / _CP._          PAL Page 1 of 2          Landlord Initials ____ / ____

Pennsylvania Association of REALTORS®                               COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2017
                                                                    1/17; rel. 7/17

(B) The dog has either or both of the following:
  1. A history of attacking human beings and/or domestic animals, dogs or cats without provocation.
  2. A propensity to attack human beings and/or domestic animals, dogs or cats without provocation. A propensity to attack may be proven by a single incident of the conduct described in Paragraph 7(A).

8. **DESCRIPTION OF PET(S)**
   (A) Total Number of Pet(s) _____1_____
   (B) Type of Animal ___DOG___ Breed ___JACK RUSSELL MIX___
       Name of Pet _____ Age __9__ Weight _____
       Color _____ License Number (if applicable) _____
       Spayed/neutered? ☐ Yes ☐ No    Declawed? ☐ Yes ☐ No
   (C) Type of Animal _____ Breed _____
       Name of Pet _____ Age _____ Weight _____
       Color _____ License Number (if applicable) _____
       Spayed/neutered? ☐ Yes ☐ No    Declawed? ☐ Yes ☐ No
   (D) Type of Animal _____ Breed _____
       Name of Pet _____ Age _____ Weight _____
       Color _____ License Number (if applicable) _____
       Spayed/neutered? ☐ Yes ☐ No    Declawed? ☐ Yes ☐ No
   (E) Type of Animal _____ Breed _____
       Name of Pet _____ Age _____ Weight _____
       Color _____ License Number (if applicable) _____
       Spayed/neutered? ☐ Yes ☐ No    Declawed? ☐ Yes ☐ No
   ☐ Additional information is attached.

9. **OTHER**
   _____
   _____
   _____
   _____

All other terms and conditions of the Lease remain unchanged and in full force and effect.

**Tenant and Landlord have read and understand this Addendum.**

TENANT _[signature]_____ JAMES PERSING DATE _____
TENANT _[signature]_____ CHERYL PERSING DATE _____
TENANT _____ DATE _____
CO-SIGNER _____ DATE _____
CO-SIGNER _____ DATE _____
CO-SIGNER _____ DATE _____
LANDLORD _[signature]_____ FRIO REALTY GROUP DATE _1-21-17_
LANDLORD _[signature]_____ AGENT FOR OWNER/LANDLORD DATE _____

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com    812 Bethel Avenue