## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|    James D. Persing | : |
|    Cheryl L. Persing | :   Chapter 13 |
| | :   Case No 25-11604 |
| Debtor | : |
| | : |

### O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before June 6, 2025.

**Date: May 28, 2025**

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE